UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————

UNITED STATES OF AMERICA,           Criminal Action No. 19-Cr.-582 (DRH)

- against -

FRANCES CABASSO, et al.,

        *Defendants.*

———————————————————————

TO: The Clerk of the Court and all parties of record:

     I am admitted to practice in this Court, and I appear in this case as counsel for third-party IShine Florida Yachting, LLC and Dr. Eric Weinstein.

Dated: New York, New York
       February 18, 2021

                                         /s Duncan Levin
                                         Duncan P. Levin, Esq. (DL1577)
                                         Tucker Levin, PLLC
                                         230 Park Avenue, Suite 440
                                         New York, New York 10169
                                         (212) 330-7626