

VENABLE LLP | 1290 AVENUE OF THE AMERICAS
20TH FLOOR | NEW YORK, NY 10104
T +1 212.218.2100  F +1 212.218.2200  Venable.com

February 26, 2021

T 212.370.6240
F 212.218.2200
KMNawaday@Venable.com

**By ECF**

Honorable Arlene R. Lindsay
United States Magistrate Judge
 For the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: U.S. v. Jonathan Lasker - 19 Cr. 582 (DRH)(ARL) --  Travel Request

Dear Judge Lindsay,

  On behalf of Defendant Jonathan Lasker, I respectfully request that Mr. Lasker be granted permission to travel to Lake Harmony, Pennsylvania from March 19 to 21, 2021 for a family vacation.  Mr. Lasker was released on bail with conditions, including travel restrictions.  I made the same request by letter motion to Judge Hurley yesterday (Dkt No. 176).  Judge Hurley's chambers requested that I direct this request to Your Honor.

  AUSA Alexander Mindlin and Pre-Trial Services Officer Donna Mackey do not have any objection to this travel request. Accordingly, I respectfully request that the Court grant Mr. Lasker's travel request, and thank the Court for considering this application.

        Respectfully submitted,

        /s/ Kan M. Nawaday
        _____

        Kan M. Nawaday

        *Counsel for Defendant Jonathan Lasker*

Cc: AUSAs Alexander Mindlin, Ian Richardson, & Kayla Bensing (By ECF)
  PTS Officer Donna Mackey (By Email)